■ PAUL G. CLOUTIER, Plaintiff, v GENESEE COLLISION SERVICES, LLC, et al., Defendants. SCOTT D. CANNON, ESQ., Respondent; CELLINO & BARNES, P.C., Appellant. [874 NYS2d 852]—Appeal from an order of the Supreme Court, Livingston County (Dennis S. Cohen, A.J.), entered March 5, 2008. The order apportioned attorney's fees between the attorneys who represented plaintiff in the personal injury action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

■ In the Matter of RICHARD SUNDAY IFILL, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [874 NYS2d 857]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered May 30, 2008) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Centra, Carni and Gorski, JJ.